UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD EGAN,

    Plaintiff,

v.                                                                 Case No: 8:23-cv-178-KKM-SPF

AFFORDABLE MECHANICS OF
AMERICA, INC. and OHANA AMERICA
CORPORATION,

    Defendants.
_____

## ORDER

    Ronald Egan moves for default judgment against Affordable Mechanics of America, Inc., and Ohana America Corporation. Mot. for Default J. (Doc. 23). The Magistrate Judge recommended that I grant the motion in part and deny it in part. R&R (Doc. 24).

    The fourteen-day deadline for the parties to object to the recommendation has passed, and no party has objected. Nevertheless, I review the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019). After review, I conclude that default judgment against Affordable

Mechanics of America, Inc., and Ohana America Corporation is appropriate for the reasons and to the extent the Magistrate Judge stated. *See* R&R at 3–10.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation, (Doc. 24), is **ADOPTED** and made a part of this Order for all purposes.

2. The Motion for Default Judgment, (Doc. 23), is **GRANTED IN PART AND DENIED IN PART**.

3. The Clerk is directed to enter judgment in favor of Egan and against Affordable Mechanics of America, Inc., and Ohana America Corporation, jointly and severally, in the amount of $7,219.30 in unpaid overtime wages, $7,219.30 in liquidated damages, $4,698.75 in attorney's fees, and $1,656.02 in costs.

4. The Clerk is directed to close this case and terminate any remaining deadlines.

**ORDERED** in Tampa, Florida, on January 26, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge